UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERROD HERNDON, | No. 2:15-cv-2419 MCE KJN P |
| Petitioner, | |
| v. | ORDER |
| THE POLICE DEPARTMENT, | |
| Respondent. | |

Petitioner is a county inmate, proceeding pro se. By order filed December 4, 2015, petitioner was directed to submit an affidavit to proceed in forma pauperis or pay the filing fee within thirty days. On December 17, 2015, petitioner filed an application to proceed in forma pauperis, but failed to have the certificate portion completed by prison officials. (ECF No. 6 at 2.)

Moreover, on December 28, 2015, petitioner filed a document that reads as follows:

["Has no further argument"].

"Suspend judgment to further information.

Case closed.

please

thank you.

(ECF No. 7 at 2.)

1

Petitioner's recent filing is unclear. If he wishes to voluntarily dismiss his case, he should request simply that the court dismiss the case. But if petitioner intends to pursue this action, he must submit a completed application to proceed in forma pauperis that includes the certification by prison officials. Petitioner is granted an extension of time in which to advise the court how he wishes to proceed. If petitioner intends to proceed with this action, his response must be accompanied by a completed application to proceed in forma pauperis that includes the certification by prison officials. If petitioner seeks to dismiss this action, he must file a request that the court dismiss his case. Petitioner is cautioned that if he fails to respond to this order, the undersigned will recommend that his action be dismissed based on his failure to provide a completed application to proceed in forma pauperis.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's application (ECF No. 6) is denied without prejudice to submission of a completed application to proceed in forma pauperis;

2. Petitioner is granted thirty days in which to submit (a) a completed application to proceed in forma pauperis; or (b) a request to voluntarily dismiss this action; and

3. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

Dated: January 6, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

hern2419.fb

2